UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NUMBER: 20-134 |
| DOROTHY SMITH<br>ELDRIDGE JOHNSON<br>BEVERLY MCCRARY<br>ALEXIS BELL<br>MICHEAL WOOTEN<br>SHARRON ROBINSON<br>ALONZO WILLIAMS | SECTION: M |

ORDER

**IT IS ORDERED** that the initial appearance and arraignment presently scheduled for Friday, December 4, 2020 at 2:00 p.m. are hereby **RESET** to Friday, December 4, 2020 at 10:00 a.m. by video before the Duty Magistrate Judge.

New Orleans, Louisiana this 30th day of November 2020.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE