MINUTE ENTRY
DECEMBER 4, 2020
NORTH, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-134 |
| ALONZO WILLIAMS | SECTION: M |

INITIAL APPEARANCE

APPEARANCES:   X   DEFENDANT WITH/(WITHOUT) COUNSEL   _____

_____
              X   ASSISTANT U.S. ATTORNEY   CHANDRA MENON – by video
              ___ INTERPRETER   _____

Designated by Court and sworn.   Time: _____ .M to _____ M.

X   *Defendant consented to appear by video*

X / DEFENDANT WAS ADVISED OF HER RIGHTS

X / READING OF THE INDICTMENT WAS:
    READ   WAIVED   (SUMMARIZED)

__ / DEFENDANT INFORMED THE COURT THAT COUNSEL HAS BEEN/WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

X *The court accepted defendants verbal consent in lieu of signature on appearance bond and/order setting conditions of release*

MJSTAR: 00: 06

X / BOND SET AT  $5,000.00  unsecured appearance bond

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

See attached for additional conditions of release

__/ GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X / DEFENDANT RELEASED ON BOND

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/ (ARRAIGNMENT) IS SET FOR  12/8/2020 at 2:00 pm

__/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

__/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

X / DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL HEARING/(ARRAIGNMENT)/DETENTION HEARING/HEARING TO DETERMINE COUNSEL WITH COUNSEL _____

DEFENDANT'S NAME: <u>ALONZO WILLIAMS</u>   CASE NO. <u>20-134 M</u>
ADDITIONAL CONDITIONS OF RELEASE

Third Party Custodian: _____

The defendant must:

__X__ a) submit to supervision by and report for supervision to the <u>US PROBATION OFFICER (USPO)</u>

____ b) continue or actively seek employment

____ d) surrender any passport to _____

____ e) not obtain a passport or other international travel document

__X__ f) abide by the following travel restrictions: Continental U.S. __X__  EDLA ____ LA ____
Other _____

__X__ g) avoid all contact with victim/witness __X__ co–defendants __X__
Other _____

____ h) medical or psychiatric treatment if directed by Pretrial Services

__X__ k) not possess firearm, destructive device or other weapon

____ l) not use alcohol: at all _____ excessively _____

____ m) not use or unlawfully possess narcotic drug/controlled substances

____ n) submit to testing for a prohibited substance if required by Pretrial Services

____ o) participate in inpatient/outpatient substance abuse therapy/counseling if directed by Pretrial Services

____ p) participate in location restriction program: _____ (i) Curfew
                                                    _____ (ii) Home Detention
                                                    _____ (iii) Home Incarceration

____ q) submit to location monitoring as directed by Pretrial Services

__X__ r) report every contact with law enforcement personnel to Pretrial Services

__X__ s) Other(s): <u>Do not produce or possess fraudulent identification documents or certifications</u>